UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA MOLYNEAUX, a single individual,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF HEALTH; JACQUELINE ROWE, in her official capacity; WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES; and JANE AND JOHN DOES #1-10,<br><br>Defendants. | No. 2:15-cv-00147-SAB<br><br>**ORDER OF DISMISSAL** |

The remaining parties filed a Fed. R. Civ. P. 41 Stipulation of Dismissal. ECF No. 50. The stipulation indicates the claims have been fully settled and this matter should be dismissed with prejudice and without costs to any party. The Court finds good cause to accept the stipulated dismissal.

Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, ECF No. 50, is **GRANTED**.
2. The above-captioned case is **dismissed** with prejudice and without costs or attorneys' fees to any party.

**ORDER OF DISMISSAL** # 1

3.  Any pending motions are **dismissed as moot**.

4.  All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 11th day of April 2016.



_Stanley A. Bastian_
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL** # 2